UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTRELL A. TEEN,

    Plaintiff,

v.

R. SMITH, ST. CLAIR COUNTY JAIL, PHILLIP MCLAUREN, JOHN DOE #1, JOHN DOE #2, MARY ROBINSON DAVIS, DEBORAH HALE, ROBIN MCCLINTOCK, and CAPTAIN KENNY,

    Defendants.

Case No. 17-cv-916-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Deborah Hale and Robin McClintock and against plaintiff Antrell A. Teen on Count 4, a Fourteenth Amendment claim for failing to schedule Teen for a medical visit in February 2016 after he submitted medical requests pertaining to symptoms associated with exposure to contaminated water; and that Count 4 is dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 1, a Fourteenth Amendment claim against Phillip McLauren, Mary Robinson Davis, Captain Kenny, and John Doe #1 for subjecting Teen to health risks from water under a boil order at the St. Clair County Jail in February 2016;

- Count 2, a Fourteenth Amendment claim against Phillip McLauren, Mary Robinson Davis, Captain Kenny, John Doe #2, and R. Smith for subjecting Teen to health risks from water under a boil order at the St. Clair County Jail in February 2017;

- Count 3, a Fourteenth Amendment claim against unspecified individuals for subjecting

Teen to health risks from water under a boil order at the St. Clair County Jail in April 2017; and

- Count 5, a Fourteenth Amendment claim against an unspecified nurse for failing to treat Teen in February 2016 when he complained about symptoms associated with exposure to contaminated water; and

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- All claims against St. Clair County Jail; and

- Count 6, a claim pertaining to inadequacies in the grievance system.

**DATED:   January 14, 2020**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**